AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>Information associated with REHANKHAN219219@GMAIL.COM and )<br>ORIONITSOLUTIONS9192@GMAIL.COM that is stored at premises )<br>owned, maintained, controlled, or operated by Google LLC, a company )<br>headquartered at 1600 Amphitheatre Parkway, Mountain View, CA )<br>94043. ) | **FILED**<br>DEC 23 2021<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF MO<br>ST. LOUIS<br><br>Case No. 4:21-MJ-7315-SPM<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   NORTHERN   District of   CALIFORNIA  
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   January 6, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge  
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-23-2021 at 10:51                         _____
                                                                                                                                *Judge's signature*

City and state:   St. Louis, MO                                             Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
                                                                                                                            *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: <br> 4:21-MJ-7315-SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br>                          *Executing officer's signature* <br><br>                           *Printed name and title* |

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with **REHANKHAN219219@GMAIL.COM** and **ORIONITSOLUTIONS9192@GMAIL.COM** that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, spreadsheets, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 10, 2021, the Provider is required to disclose the following information, for the time period of January 1, 2020 to the date this warrant is signed, to the United States for each account or identifier listed in Attachment A: The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email:

  a. All records or other information regarding the identification and subscriber of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

  b. All records, documents, spreadsheets, or other files saved in the user's Google Drive account;

    c. The types of service utilized;

    d. All records or other information stored by an individual using the account, including address books, spreadsheets, shared files, Google Drive, contact and buddy lists, calendar data, pictures, and files;

    e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

    f. Any and all cookies associated with or used by any computer or web browser associated with the account, including the IP addresses, dates, and times associated with the recognition of any such cookie.

**The Provider is hereby ordered to disclose the above information to the United States within 14 days of the date of this warrant.**

**II.     Information to be seized by the United States**

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of Title 18, United States Code, Section 1341, Mail Fraud; Title 18 United States Code, Section 1343, Wire Fraud, Title 18, United States Code, Section 1349, Conspiracy, and other violations, those violations involving known and unknown persons from January 1, 2020 to the date this warrant is signed, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

    a. Communications between parties discussing cable television service providers, internet service providers, employment matters, financial transactions, the movement of funds, call centers, telemarketing, call lists, elderly or vulnerable populations of victims, preparatory steps taken in furtherance of the scheme,

b. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c. Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

e. The identity of the person(s) who communicated with the user ID about matters relating to telemarketing, call centers, elder fraud, cable television services, employment, the transfer or movement of funds, wire transfers, checks, money orders, or other financial transactions, including records that help reveal their whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google LLC, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google LLC. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google LLC, and they were made by Google LLC as a regular practice; and

b. such records were generated by Google LLC electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google LLC in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by Google LLC, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____   _____
Date                                 Signature